# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0774
LT Case No. 16-2022-CF-001039-A

_____

MARQUEZ DIONTA JOHNSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Marquez Dionta Johnson, Lake City, pro se.

No Appearance for Appellee.

June 9, 2026

PER CURIAM.

    AFFIRMED.

EDWARDS, HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____